Anthony S. Petru, Esq., Cal. State Bar No.: 91399
Charles S. Bracewell, Esq., Cal. State Bar No.: 284985
Jessica L. Danielski, Of Counsel, Cal. State Bar No.: 308940
Clemente Gonzalez, Esq., Cal. State Bar No. 293033
HILDEBRAND, McLEOD & NELSON LLP
5335 College Ave., Suite 5A
Oakland, CA 94618
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorneys for Plaintiff
CRAIG M. PAYTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CRAIG M. PAYTON,<br><br>  Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>  Defendant. | Case No. 2:23−CV−01886−KJM−CSK<br><br>**ORDER AMENDING SCHEDULING ORDER** |

Upon consideration of the parties' Stipulation to Amend the Scheduling Order, and good cause appearing, the Court orders as follows:

IT IS HEREBY ORDERED:

The Scheduling Order is amended as follows:

**1.  Discovery Deadlines**:

   a. Deadline to complete all non-expert discovery is: ***December 30, 2024.***

**2.  Expert Witness Disclosures:**

   a. Deadline to disclose the identity and opinions of percipient experts and retained experts is: ***February 3, 2025.***

   b. Deadline to disclose rebuttal experts: ***March 3, 2025.***

c.  Deadline to complete expert discovery is: **April 7, 2025.**

3.  **Dispositive Motions:**

    a.  The parties shall file dispositive motions by: **May 12, 2025.**

4.  **Alternative Dispute Resolution:**

    a.  By **November 25, 2024,** the parties shall file a Further Joint Report on the status of private mediation and whether the parties request a referral to a court-convened settlement conference.

IT IS SO ORDERED.

DATED: July 29, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

2

Order Amending Scheduling Order
Case No. 2:23−CV−01886−KJM−CSK